**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA CHROME JANET RANDOLPH-WORDLAW,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant | Case No.: 2:23-cv-04859-PVC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 23, 2024

THE HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-

1. Respectfully submitted,
2. LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
3.    /s/ *Lawrence D. Rohlfing*
4. BY: _____
    Lawrence D. Rohlfing
5.     Attorney for plaintiff Erica Chrome Janet Randolph-Wordlaw